BRENDON WOODS (CA SBN #189910)
Public Defender

RAHA JORJANI (CA SBN #240941)
Managing Immigration Attorney
KELSEY MORALES (CA SBN #312362), *Designation of Counsel for Service*
Immigration Attorney
Office of the Alameda County Public Defender
312 Clay Street, 2nd Floor
Oakland, CA 94607
Telephone: 510-268-7429
Facsimile: 510-268-7462
Email: kelsey.morales@acgov.org

*Pro Bono Attorneys for Petitioner*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLEGAS NAVARRO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, in official capacity, Warden of California City Detention Facility; SERGIO ALBARRAN, in official capacity, Acting Field Office Director of ICE's San Francisco Field Office; DAVID VENTURELLA, in official capacity, Acting Director of ICE, MARKWAYNE MULLIN, in official capacity, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in official capacity, Attorney General of the United States,<br><br>Respondents. | Case No. 1:26-cv-05942-DJC-JDP<br><br>**Order Granting Petitioner's Request to Redact Mental Health Information**<br><br>Immigration Habeas Case |

Upon consideration of Petitioner's Request to Redact Mental Health Information, and finding good cause to justify allowing Petitioner to redact pleadings that would reveal Petitioner's highly sensitive information, including his mental health history and history of victimization, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

a) Petitioner shall e-mail current filings that are covered by this order due to their disclosure of Petitioner's mental health history and history of victimization to ApprovedSealed@caed.uscourts.gov for filing under seal in compliance with Local Rule 141;

b) The parties shall redact any future pleadings that disclose Petitioner's mental health history and history of victimization (as described in the request to redact) and file them under seal in compliance with Local Rule 141.

IT IS SO ORDERED.

Dated: November 3, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE